QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David M. Grable (Bar No. 237765)
  davegrable@quinnemanuel.com
  Valerie Lozano (Bar No. 260020)
  valerielozano@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

  Lindsay M. Cooper (Bar No. 287125)
  lindsaycooper@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for eBay Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| eBay Inc., <br><br>　　　　　Plaintiff <br><br>　　vs. <br><br>Sonja Boch, Amanda Sullivan Hedger, and Ernest Arambula, <br><br>　　　　　Defendants. | CASE NO. 5:19-cv-04422-BLF <br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING ARBITRATION** <br><br>**AS MODIFIED BY THE COURT** |

**JOINT STIPULATION**

WHEREAS, Plaintiff eBay Inc. ("eBay") filed this action against Sonja Boch, Amanda Sullivan Hedger, and Ernest Arambula (collectively, "Defendants") on July 31, 2019;

WHEREAS, the parties stipulate and agree that Defendants' deadline to respond to the complaint shall be stayed and tolled pending the court's entry of the Proposed Order, and Defendants shall not be required to respond to the complaint, if at all, until 14 days after the stay is lifted;

WHEREAS, the Federal Arbitration Act provides that if a case is "referable to arbitration," the Court "shall on application of one of the parties stay the trial of the action until such arbitration has been had" (*see* 9 U.S.C. § 3);

WHEREAS, in the interest of avoiding unnecessary motion practice, the parties have agreed to proceed with the case in arbitration, and to have this action stayed pending arbitration.

THEREFORE IT IS HEREBY STIPULATED, by the undersigned counsel for eBay and Defendants that, pursuant to 9 U.S.C. § 3, this action should be STAYED pending arbitration between the parties.

IT IS SO STIPULATED.

DATED: August 28, 2019              QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
David M. Grable
davegrable@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorney for Plaintiff eBay Inc.

1  DATED: August 28, 2019                    HEUSTON HENNIGAN LLP

2

3
                                              By */s Moez M. Kaba*  (with permission)
4                                                 Moez M. Kaba
                                                  mkaba@heuston.com
5                                                 523 West 6th St., Suite 400
                                                  Los Angeles, CA 90014
6                                                 Telephone:    (213) 788-4543

7                                                 Attorney for Defendants Boch, Hedger, Arambula

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, David M. Grable, am the ECF user whose ID and password are being used to file the above Stipulation and Proposed Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that Moez M. Kaba has concurred in the filing of this Stipulation and Proposed Order.

*/s/ David M. Grable*
David M. Grable

1

**[PROPOSED] ORDER**

2   Having reviewed the above Stipulation and Proposed Order Regarding Arbitration; and

3   GOOD CAUSE appearing therefor; PURSUANT TO THE STIPULATION IT IS SO ORDERED

4   that, pursuant to 9 U.S.C. § 3, this action should be STAYED pending arbitration between the

5   parties.

The parties shall file a joint status report with the Court within 14 days of the conclusion of
the arbitration proceedings.

6

7   DATED: __August 29__, 2019          _/s/ Beth Labson Freeman_
                                        HONORABLE BETH L. FREEMAN
8                                       UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28