HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:　(213) 788-4340
Facsimile:　(888) 775-0898

Attorneys for Defendants Sonja Boch, Amanda Sullivan Hedger, and Ernest Arambula

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| eBay Inc.,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>Sonja Boch, Amanda Sullivan Hedger, and Ernest Arambula,<br><br>　　　　Defendants. | CASE NO. 5:19-cv-04422-BLF<br><br>**JOINT STATUS REPORT REGARDING CONCLUSION OF ARBITRATION** |

Pursuant to the Court's prior order (Dkt. 21) and the Parties' prior Joint Status Report (Dkt. 25), the Parties hereby submit a joint status report regarding the conclusion of the arbitration proceedings.

The Parties participated in the arbitration hearing on September 1-4, 7-11, and 15, 2020, and submitted Post-Hearing Briefs on October 12, 2020.  eBay asserted seven causes of action against Defendants Boch and Hedger and six causes of action against Defendant Arambula.  On November 10, 2020, the Arbitration Panel issued its Final Award.  The Final Award found in favor of Defendants Boch, Hedger, and Arambula on all claims.

While the Panel concluded that eBay proved the element of breach with respect to five respondents (none of which is a Defendant in this action), the Panel found that eBay did not prove that it suffered damages as a result.  The Final Award denied all of eBay's claims as to all respondents and deemed the respondents the prevailing parties in the arbitration.

Defendants intend to file a Motion to Confirm the Final Award.

| | | |
|---|---|---|
| 1 | DATED:  November 23, 2020 | HUESTON HENNIGAN LLP |

By  *[signature]*
Moez M. Kaba
mkaba@hueston.com
523 West 6th St., Suite 400
Los Angeles, CA 90014
Telephone:   (213) 788-4543

Attorney for Defendants Boch, Hedger, Arambula

DATED:  November 23, 2020     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s Dave M. Grable (with permission)*
David M. Grable
davegrable@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorney for Plaintiff eBay Inc.

## ATTESTATION

I, Moez M. Kaba, am the ECF user whose ID and password are being used to file the above Stipulation and Proposed Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that David M. Grable has concurred in the filing of this Stipulation and Proposed Order.

                                                                     */s/ Moez M. Kaba*
                                                                      Moez M. Kaba